■ In the Matter of MARVIN JERRY HAMBURGER, an Attorney, Respondent. SOLOMON A. KLEIN, Petitioner.— A petition having been presented to discipline respondent, an attorney at law, by reason of certain charges of professional misconduct stated therein; such petition having been duly served upon the respondent; and the respondent, on April 26, 1965, having duly executed and delivered to the Clerk of this court his written resignation from the office of attorney and counselor at law and his consent that he be removed from that office, such resignation and consent are accepted and ordered to be filed, and respondent's name is directed to be struck from the roll of attorneys and counselors at law, effective as of the date of the entry of the order hereon. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ EDWARD N. BRACHT, Respondent, v. RICHARD SABOL et al., Appellants. — Motion by appellants to enlarge time to perfect appeal from judgment of the Supreme Court, Westchester County, entered October 30, 1964 after an assessment of damages pursuant to an order entered March 12, 1964 granting summary judgment in favor of the plaintiff-respondent and directing such assessment. The motion is denied as academic; the order granting summary judgment has been reversed (*Bracht* v. *Sabol*, 23 A D 2d 848). On the court's own motion, in view of the reversal of the order directing summary judgment, the judgment thereafter entered on October 30, 1964 upon the basis of such order, is vacated, without costs. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.